IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:08CR450 |
| vs. | ) | |
| | ) | ORDER |
| DEVON DEMIA SMITH, | ) | |
| Defendant. | ) | |

Defendant Devon Demia Smith appeared before the court on July 22, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [128]. The defendant was represented by CJA Panel Attorney Deborah D. Cunningham, and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government moved for detention. A detention hearing was held. The government's motion for detention based on flight and danger was denied. Therefore, the defendant was released on current conditions of supervision, and was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on September 5, 2013 at 2:00 p.m.** Defendant must be present in person.

2 The defendant is released on current conditions of supervision.

DATED this 22nd day of July, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge